ABRAHAM SOTSKY, Appellant, v. NORDAU HOLDING CORPORATION and Others, Respondents.— Motion to compel receiver to remain in possession denied. The appeal will be heard on Monday, May 5, 1930. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ESTELLE TOOLE, as Administratrix, etc., of FRANK S. TOOLE, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

HARRY BERGER and PHILIP SHAPIRO, Copartners, Engaged in Business under the Firm Name and Style of ROCHESTER SUPREME CLOTHING COMPANY, Appellants, v. HARRY STORCHEIM, Defendant, Respondent. SYLVESTER W. DEL BELLO, Attorney, Respondent.— Order denying plaintiffs' motion to punish defendant and his attorney for contempt affirmed, with ten dollars costs and disbursements to each respondent. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

LEOPOLD COHN, Appellant, v. EDITH COHN, Respondent.— Order granting defendant's motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

THOMAS DRYSDALE, INC., Respondent, v. APARTMENT DEVELOPMENTS, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

EDWARD M. GAY, Respondent, v. FREDERICK J. LANCASTER, Appellant.— Judgment and order reversed upon the law and the facts and a new trial before the court granted, costs to appellant to abide the event. The plaintiff failed to sustain the burden of proof as to the cost to him of labor and materials and the findings of the referee in respect thereto are against the weight of evidence. The plaintiff's admissions of overcharges were unexplained and there was no basis for an extra allowance. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

JAMES H. GOULD, Respondent, v. ALLERTON-59TH STREET CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.